UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON,<br><br>            Petitioner,<br><br>      v.<br><br>AREF FAKHOURY,<br><br>            Respondent. | Case No. ED CV 10-687-ABC (PJW)<br><br>J U D G M E N T |

   Pursuant to the Order filed this day,

   IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed.

   DATED:   March 2, 2011

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\EDCV 10-687 ABC (PJW) judgment.wpd